TERESA C. CHOW (SBN 237694)
tchow@bakerlaw.com
ALEXANDER VITRUK (SBN 315756)
avitruk@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
SCRIPPS HEALTH

L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: 925.300.4455
Facsimile: 925.407.2700

*Attorneys for Plaintiff*
CATHERINE GOREY, individually and on behalf of all other persons similarly situated

*[Additional Counsel Listed on Next Page]*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE GOREY, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCRIPPS HEALTH,<br><br>Defendant. | Case No.: 3:23-cv-00519-LAB-DEB<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT SCRIPPS HEALTH TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>Action Filed: 02/02/2023<br>Action Removed: 03/22/2023<br>Current Response Deadline: 03/29/2023<br>New Response Deadline: 30 days after Plaintiff's motion to remand is decided |

Joshua D. Arisohn (*pro hac vice forthcoming*)
*jarisohn@bursor.com*
Philip L. Fraietta (*pro hac vice forthcoming*)
*pfraietta@bursor.com*
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: 646.837.7150
Facsimile: 212.989.9163

Christopher R. Reilly (*pro hac vice forthcoming*)
*creilly@bursor.com*
**BURSOR & FISHER, P.A.**
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Telephone: 305.330.5512
Facsimile: 305.676.9006

Scott R. Drury (*pro hac vice forthcoming*)
*scott@drurylegal.com*
**DRURY LEGAL, LLC**
6 Carriage Lane
Highwood, Illinois 60040
Telephone: 312.358.8225

*Attorneys for Plaintiff*
CATHERINE GOREY, individually and on behalf of all other persons similarly situated

Pursuant to Civil Local Rules 7.2 and 12.1, Plaintiff Catherine Gorey ("Plaintiff") and Defendant Scripps Health ("Defendant" and, together with Plaintiff, the "Parties") respectfully submit this Joint Motion to Extend Time for Defendant to Respond to Initial Complaint ("Joint Motion"), requesting that the Court extend Defendant's deadline to respond to Plaintiff's Class Action Complaint by 30 days after Plaintiff's expected motion for remand is decided, based on the following facts and good cause shown:

1. Plaintiff filed a Class Action Complaint ("Complaint") on February 2, 2023 in the Superior Court of California, County of San Diego (the "State Court Action").

2. Plaintiff served Defendant with the Complaint, effective on February 20, 2023.

3. Defendant removed the State Court Action to this Court on March 22, 2023.

4. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's response to the Complaint is due on or before March 29, 2023.

5. Plaintiff's counsel has advised that Plaintiff intends to file a motion for remand.

6. Defendant intends to oppose Plaintiff's motion for remand and also intends to file a motion to dismiss.

7. The Parties agree that, for the sake of judicial economy, briefing on Defendant's expected motion to dismiss should occur after Plaintiff's expected motion for remand is decided by the Court, provided that the action remains before this Court.

8. The Parties have agreed to extend Defendant's deadline to respond to the Complaint in this Court until thirty (30) days after Plaintiff's motion for remand is decided, provided that the action remains before this Court.

9. This is the Parties' first request for an extension of time. If granted, it would not affect any other deadline in the matter.

Therefore, the Parties jointly move the Court to extend the deadline for Defendant to answer, move, or otherwise respond to the Class Action Complaint from March 29, 2023, until thirty (30) days after Plaintiff's expected motion for remand is decided by the Court, provided that the action remains before this Court, and respectfully request that the Court sign the proposed order submitted concurrently herewith pursuant to Civil Local Rule 7.2.

Respectfully submitted,

Dated: March 29, 2023    **BAKER & HOSTETLER LLP**

By: */s/ Teresa C. Chow*
TERESA C. CHOW

*Attorneys for Defendant*
SCRIPPS HEALTH

Dated: March 29, 2023    **BURSOR & FISHER, P.A.**

By: */s/ l. Timothy Fisher*
L. TIMOTHY FISHER

*Attorneys for Plaintiff*
CATHERINE GOREY

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Teresa C. Chow, hereby certify that the content of the foregoing Joint Motion is acceptable to L. Timothy Fisher, counsel for Plaintiff Catherine Gorey, and that I have obtained Mr. Fisher's authorization to affix his electronic signature to this document.

*/s/ Teresa C. Chow*
TERESA C. CHOW

# PROOF OF SERVICE

I, Nancy L. Brazil, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509. On March 29, 2023, I served a copy of the within document(s):

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT**

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☑ by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

| | |
|---|---|
| L. Timothy Fisher (SBN 191626)<br>**BURSOR & FISHER, P.A.**<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: 925.300.4455<br>Facsimile: 925.407.2700<br>Emails: *ltfisher@bursor.com* | *Attorneys for Plaintiff*<br>CATHERINE GOREY,<br>individually and on behalf of all other persons similarly situated |

Joshua D. Arisohn
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: 646.837.7150
Facsimile: 212.989.9163
Emails: *jarisohn@bursor.com*
*pfraietta@bursor.com*

Christopher R. Reilly
**BURSOR & FISHER, P.A.**
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Telephone: 305.330.5512
Facsimile: 305.676.9006
E-Mails: *creilly@bursor.com*

Scott R. Drury
**DRURY LEGAL, LLC**
6 Carriage Lane
Highwood, Illinois 60040
Telephone:  312.358.8225
Emails:     scott@drurylegal.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 29, 2023, at Los Angeles, California.

_____
Nancy L. Brazil