UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE GOREY, individually and on behalf of all other persons similarly situated,<br><br>                     Plaintiff,<br><br>v.<br><br>SCRIPPS HEALTH,<br><br>                     Defendant. | Case No.:  23cv00519-LAB (DEB)<br><br>**ORDER GRANTING IN PART JOINT MOTION FOR EXTENSION OF TIME [Dkt. 3]** |

      On March 29, 2023, Plaintiff Catherine Gorey and Defendant Scripps Health filed a Joint Motion for Extension of Time for Defendant Scripps Health to Respond to Class Action Complaint, requesting that the Court extend Defendant's deadline to respond to the Class Action Complaint by thirty days after Plaintiff's forthcoming motion for remand is decided. (Dkt. 3). The parties explain that, for the sake of judicial economy, briefing on Defendant's motion to dismiss should occur after the motion for remand is decided, provided that the action remains in this Court. As of now, neither a motion for remand nor a motion to dismiss has been filed on the docket.

      For good cause shown, the Joint Motion is **GRANTED IN PART**. It is hereby **ORDERED** that Defendant shall file an answer or otherwise respond to the Class

Action Complaint no later than **fourteen (14) days** following the Court's decision on Plaintiff's motion for remand.

  **IT IS SO ORDERED**.

Dated:  March 30, 2023

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge